UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Rowena James
                              Plaintiff,

v.                                                            Case No.: 1:25−cv−03121
                                                                 Honorable Georgia N. Alexakis

University of Chicago Medical Center, The
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, January 5, 2026:

      MINUTE entry before the Honorable M. David Weisman: Although the parties noticed a joint motion to extend the fact discovery deadline [27] before the district court, because discovery supervision has been referred to this Court, it addresses the motion. The parties' joint motion to extend the fact discovery deadline to 2/20/26 [27] is granted. All motions regarding discovery management and supervision shall be noticed before this Court. Status hearing set for 1/8/26 is stricken and reset to 2/25/26 at 9:15 a.m. Joint status report due by noon on 2/23/26 setting forth whether fact discovery has been completed; whether the parties request a settlement conference; and proposed next steps. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jn,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.